UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-70-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DEWAYNE C. BROWN | |

On motion of the Defendant, Dewayne C. Brown, and for good cause shown, it is hereby ORDERED that the [DE 38] be sealed until further notice by this Court.

SO ORDERED. This 21 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge